This decision of the Supreme Court of New Mexico was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Supreme Court.

## IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

**No. S-1-SC-37248**

**Filing Date:  May 18, 2020**

**SOUTHWESTERN PUBLIC SERVICE COMPANY,**

Appellant,

v.

**NEW MEXICO PUBLIC REGULATION COMMISSION,**

Appellee,

and

**VOTE SOLAR,**

Cross-Appellant,

and

**COALITION FOR CLEAN AFFORDABLE ENERGY,**

Intervenor-Appellee.

**In the Matter of Southwestern Public Service Company's Application for Revision of Its Retail Rates Pursuant to Advice Notice No. 272, New Mexico Public Regulation Commission Case No. 17-00255-UT**

**APPEAL FROM THE NEW MEXICO PUBLIC REGULATION COMMISSION**

Hinkle Shanor, LLP
Jeffrey Louis Fornaciari
Dana Simmons Hardy
Santa Fe, NM

Xcel Energy Services, Inc.
Stephen Fogel
Austin, TX

Winstead PC
Ron H. Moss
Austin, TX

for Appellant

Judith Ellen Amer,
Associate General Counsel
Santa Fe, NM

for Appellee

Jason Marks Law, LLC
Jason A. Marks
Albuquerque, NM

Earthjustice
Sara Gersen
Los Angeles, CA
Charles Carter Hall
Washington, DC

for Cross-Appellant

Charles F. Noble
Santa Fe, NM

for Intervener-Appellee

New Mexico Gas Company, Inc.
Thomas M. Domme, General Counsel
Albuquerque, NM

Keleher & McLeod, P.A.
Thomas C. Bird
Clyde F. Worthen
Brian J. Haverly

Zachary Cormier
Albuquerque, NM

for Interested Party

**DISPOSITIONAL ORDER OF DISMISSAL**

**BACON, Justice.**

**{1}** THIS MATTER comes before the Court pursuant to NMSA 1978, Section 62-11-1 (1993). Following dismissal of the original appeal, this Court retained jurisdiction over cross-appellant's appeal. Having reviewed the briefs submitted to this Court, and being otherwise fully informed on the issues and applicable law, we conclude that there is no reasonable likelihood, under the facts before us, that a decision or formal opinion of the Court will materially advance the law of the State. Accordingly, we dispose of this case by nonprecedential order. *See* Rule 12-405(B) NMRA.

**{2}** Although any party to a proceeding before the commission may appeal to this Court for a review of the commission's final orders, *see* Section 62-11-1, the issues appealed must be ripe for review. *See New Mexico Indus. Energy Consumers v. New Mexico Pub. Serv. Comm'n*, 1991-NMSC-018, ¶ 7, 111 N.M. 622, 808 P.2d 592. The final order in this case did not resolve the issue in dispute and explicitly reserved that issue for future interpretation. In light of this Court's ripeness determination, any decision rendered would be advisory in nature. *See Ramirez v. CYFD*, 2016-NMSC-016, ¶ 11, 372 P.3d 497 (stating that this Court does not render advisory opinions).

**{3}** IT IS THEREFORE ORDERED that cross-appellant's appeal is dismissed.

**{4}** **IT IS SO ORDERED.**

**JUDITH K. NAKAMURA, Chief Justice**

**BARBARA J. VIGIL, Justice**

**MICHAEL E. VIGIL, Justice**

**C. SHANNON BACON, Justice**

**DAVID K. THOMSON, Justice**